THE PEOPLE OF THE STATE OF NEW YORK, Appellant,
　　*v.* R. F. STEVENS COMPANY, INC., Respondent.

(Submitted October 15, 1917; decided October 23, 1917.)

Motion for re-argument denied.　(See 221 N. Y. 622.)

---

IN THE MATTER OF JACOB ROUSS, an Attorney, Appellant.

THE ASSOCIATION OF THE BAR OF THE CITY OF NEW
　　　　YORK, Respondent.

(Submitted October 15, 1917; decided October 23, 1917.)

Motion for re-argument denied.　Motion to amend remittitur granted to the extent of inserting the following recital: Upon the argument of this cause in the Court of Appeals, appellant's counsel presented the point that the decision of the Appellate Division involved a denial of appellant's rights under subdivision 1 of the 14th amendment to the Federal Constitution. (See 221 N. Y. 81.)